# UNITED STATES DISTRICT COURT
for the
District of Alaska
_____ Division

_see attached_
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_see attached_
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:23-cv-00170-SLG
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

RECEIVED
JUL 26 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Paul Robert Standifer Jr.
   Street Address: Goose Creek Correctional Center, 22301 West Alsop Road
   City and County: Wasilla
   State and Zip Code: Alaska 99623
   Telephone Number: 907-864-8100
   E-mail Address:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

| | |
|---|---|
| Paul Robert Standifer Jr. | -1971 |
| A_ L F S | -2013 |
| P R O S III | -2015 |
| J S O S | -2017 |
| C M C H S | -2022 |

Plaintiffs

Defendants

Department of Law   Alaska

Department of Public Safety  Alaska

Anchorage Police Department  Municipality of Anchorage

Office of Childrens Services   Alaska

Name [illegible]

Street Address P.O. Box 82023

City and County Tyonek

State and Zip Code Alaska 99682

Telephone Number 907-513-6581

E-Mail Address Paul.Tyonek@gmail.com

**Defendant No. 1**

| | |
|---|---|
| Name | Department of Law Alaska |
| Job or Title (if known) | Alaska Judicial office |
| Street Address | 1031 West 4th Ave Ste 200 |
| City and County | Anchorage |
| State and Zip Code | Alaska 99501-1994 |
| Telephone Number | 907-269-5100 |
| E-mail Address (if known) | |

**Defendant No. 2**

| | |
|---|---|
| Name | Department of public safety |
| Job or Title (if known) | Alask state trooper officers |
| Street Address | 5700 E Tudor Rd |
| City and County | Anchorage |
| State and Zip Code | Alaska 99507 |
| Telephone Number | 907-269-5641 |
| E-mail Address (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | Anchorage Police Department |
| Job or Title (if known) | municipality of Anchorage Police officers |
| Street Address | 716 W 4th Ave |
| City and County | Anchorage |
| State and Zip Code | Alaska 99501 |
| Telephone Number | 907-786-8900 |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | Office of childrens services |
| Job or Title (if known) | Alask child protection services |
| Street Address | 323 E 4th Ave |
| City and County | Anchorage |
| State and Zip Code | Alaska 99501 |
| Telephone Number | 907-269-4000 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**14th Amendment, Due Process, and Constitutional rights**

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under
    the laws of the State of *(name)* _____, and has its
    principal place of business in the State of *(name)* _____.
    Or is incorporated under the laws of *(foreign nation)* _____,
    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

___

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Each Plaintiff is a victim of crimes against them, each plaintiff has their equal rights and protection of the LAW violated

Each Dendant [Defendant] failed to uphold the constitutional rights of the plaintiffs.

also see attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I request that the Defendants be ordered to uphold the LAWS of the constitutional rights of myself and my children.

I request 250,000 dollars for each plaintiff times the number of crimes involved.

each of these crimes caused mental and emotional abuse of myself and my children, the bank fraud caused financial damages to our bank account. Myself I recieved physical abuse during the crimes

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-20-2023

Signature of Plaintiff: Paul Robert Standifer Jr.
Printed Name of Plaintiff: Paul Robert Standifer Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

I Paul Robert Standifer Jr. reported to each of the defendants in writing about 15 counts of Domestic violence crimes against me and my 4 children.

These crimes happened between July 10th and August 10th of 2022.

I also reported grand larceny and bank fraud that involved myself and my children as the victims of those crimes.

These crimes happened betwee september 1st and October 31st 2022

Each Defendant failed to uphold the LAW and to protect myself and my children

I have continued to contact Defendants and have not recieved any type of assistance about these crimes.

Each of the crimes mentioned happened in Anchorage Alaska that was reported to Defendants.

Each Defendant swore by oath to uphold the LAW and to protect the people of Alaska.

Paul Robert Standifer Jr.  206067
Goose Creek Correctional Center
22301 West Alsop Road
Wasilla AK 99623

IND

NEOPOST                FIRST-CLASS MAIL
07/25/2023
US POSTAGE  $001.11

ZIP 99654
041M11450739

Clerk of Court
United States District Court
District of Alaska
222 W. 7th Avenue, Box 4
Anchorage, Alaska 99513-7564

Legal